**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Sering Tralaya Whitehead aka Sering T Way | CHAPTER 7 |
| Debtor(s) | |
| MIDFIRST BANK | |
| Movant | NO. 19-14833 JKF |
| vs. | |
| Sering Tralaya Whitehead aka Sering T Way | |
| Debtor(s) | 11 U.S.C. Section 362 |
| Christine C. Shubert Esq. | |
| Trustee | |

**ORDER**

AND NOW, this  28th   day of  September   , 2019 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 4448 North 19th Street, Philadelphia, PA 19140 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies. including but not limited to taking the Property to Sheriff's Sale in addition to potentially pursuing other loss mitigation alternatives including but not limited to a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_Jean K FitzSimon_

_____

United States Bankruptcy Judge.
Jean K. FitzSimon

Sering Tralaya Whitehead aka Sering T Way
513 West Abbottsford Avenue
Philadelphia, PA 19144

Michele Perez Capilato, Law Office of Michele Perez Capilato
500 Office Center Drive, Suite 400
Fort Washington, PA 19034

Christine C. Shubert Esq.
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532