United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 19-14833-jkf
Sering Tralaya Whitehead                                                       Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin            Page 1 of 2           Date Rcvd: Nov 15, 2019
                              Form ID: 318           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2019.
```
db          +Sering Tralaya Whitehead,    513 W Abbottsford Avenue,    Philadelphia, PA 19144-4861
14366647    +Aurora Financial Gr In,    900 N Route 73,    Marlton, NJ 08053-1230
14366649    +Bank Of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
14366652    +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
              Mason, OH 45040-8999
14366654    +Jonathan P. Cawley, Esquire,    3220 Tillman Drive,    Siute 215,    Bensalem, PA 19020-2050
14366655    +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
14366656    +Loan Care Servicing,    Attn: Consumer Solutions Dept,    Po Box 8068,
              Virginia Beach, VA 23450-8068
14376067     Loancare, LLC,   C/O Thomas Song, Esq.,    1617 JFK Boulevard, Suite 1400,
              One Penn Center Plaza,    Philadelphia, PA 19103
14366657    +Midfirst Bank,    999 NW Grand Boulevard,    Suite 100,    Oklahoma City, OK 73118-6051
14366658    +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
              Oklahoma City, OK 73126-0648
14366659    +PNC bank,    Attn: Bankruptcy,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14366660    +Police & Fire Federal CU,    Attn: Bankruptcy Dept,    901 Arch Street,
              Philadelphia, PA 19107-2495
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:51    City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 04:04:48
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2019 04:05:31    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14366646    +EDI: AMEREXPR.COM Nov 16 2019 08:43:00     Amex,   Correspondence/Bankruptcy,    Po Box 981540,
              El Paso, TX 79998-1540
14366648     EDI: BANKAMER.COM Nov 16 2019 08:43:00     Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
              El Paso, TX 79998
14366650    +EDI: CHASE.COM Nov 16 2019 08:43:00     Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
              Wilmington, DE 19850-5298
14366651    +EDI: CITICORP.COM Nov 16 2019 08:43:00     Citibank,    Attn: Recovery/Centralized Bankruptcy,
              Po Box 790034,    St Louis, MO 63179-0034
14366653    +E-mail/Text: bankruptcynotices@fifsg.com Nov 16 2019 04:04:23
              First Investors Financial Services,    Attn: Bankruptcy,
              380 Interstate North Parkway, Suite 300,    Atlanta, GA 30339-2222
14366979    +EDI: RMSC.COM Nov 16 2019 08:43:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
              PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9
```
         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
```
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              MICHELE PEREZ CAPILATO    on behalf of Debtor Sering Tralaya Whitehead perezcapilatolaw@yahoo.com,
               michelecapilatolaw@gmail.com;capilatomr81063@notify.bestcase.com;capilatolaw.assistant@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    Loancare, LLC paeb@fedphe.com
```

```
District/off: 0313-2           User: admin                 Page 2 of 2                  Date Rcvd: Nov 15, 2019
                               Form ID: 318                Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                     TOTAL: 5

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Sering Tralaya Whitehead** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–2234** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number: | **19–14833–jkf** | |

# Order of Discharge                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Sering Tralaya Whitehead
aka Sering T Way

11/14/19                                **By the court:**   Jean K. FitzSimon
                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**